FLORENCE BURES and W. T. LAGOSH v. THE REICHSBANK.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

JOHN ROTH v. THE REICHSBANK.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

FLORENCE G. EDELSTEIN v. JACOB A. EDELSTEIN.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of PATRICK J. HAYES, as Surviving Executor, etc., of KATHERINE BROPHY, Also Known as KATHERINE A. BROPHY, Deceased, and for a Construction of the Will. MATTHEW F. QUINN, as Administrator and Others. PATRICK J. HAYES, as Surviving Executor, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

JOHN K. AYEW, as President of the GOLD COAST FARMERS ASSOCIATION, v. WILLARD HAWES & Co., INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

SOL KAPLAN v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied, without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRIN M. GRANT O'LEARY and Another v. DEFOREST GRANT, Individually and as Trustee, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

KATHRIN GRANT O'LEARY and Another v. DEFOREST GRANT, Individually and as Trustee, etc., and Others, and EMILY BRINTON GRANT.— Motion for leave to appeal to the Court of Appeals denied without prejudice to an application for leave to appeal to the Court of Appeals pursuant to section 590 of the Civil Practice Act after the entry of final judgment. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.